UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Trustee, Benjamin A. Stanziale, Jr.

In Re:

Barbara Salvero,

            Debtor,

BENJAMIN A. STANZIALE, JR., TRUSTEE

            Plaintiff,

vs.

US Claims OPCO LLC,

            Defendants,

**Order Filed on October 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-32996-JKS

Chapter 7

Adv. Pro. No. 20-01282-JKS

**FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT US CLAIMS OPCO LLC**

The relief set forth on the following page, numbered two (2) and three (3), be and hereby is **ORDERED**.

**DATED: October 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Re:  Barbara Salvero
Case No.  18-32996-JKS
Adv. Pro. No.  20-01282-JKS
Caption:  Final Judgment by Default Against Defendant US Claims OPCO LLC

**THIS MATTER** having been brought before the court upon the application of Benjamin A. Stanziale, Jr., the chapter 7 trustee and plaintiff in the within action, through his attorneys, Stanziale & Stanziale, PC, against US Claims LLC (the "Defendant"), for entry of default judgment; and it appearing that Defendant were duly served with the Complaint to Determine Extent, Validity and Priority of Liens (the "Complaint"), Summons and Notice of Pre-Trial in an Adversary Proceeding, Joint Order Scheduling Pre-Trial Proceedings and Trial and Mediation Order; and Default having been entered for Defendants' failure to answer or otherwise move as to the Complaint; and for good cause shown; it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Bankruptcy Procedure 7055 and Federal Rule of Civil Procedure 55(b), Judgment by Default be and hereby is entered against US Claims OPCO LLC.

**ORDERED AND ADJUDGED** that Defendant US Claims OPCO LLC does not hold a valid lien against the proceeds from the settlement of the Debtor's personal injury claim and any debt due US Claims OPCO LLC is discharged.

**ORDERED AND ADJUDGED** that Defendant Us Claims OPCO LLC shall have the right to file an unsecured claim in this case on or before October 30, 2020, which claim shall be deemed timely filed.

**ORDERED AND ADJUDGED** that the Trustee's rights to object to the Claim are preserved.

Page 2
Re: Barbara Salvero
Case No. 18-32996-JKS
Adv. Pro. No. 20-01282-JKS
Caption: Final Judgment by Default Against Defendant US Claims OPCO LLC

**ORDERED AND ADJUDGED** that the Trustee shall serve a copy of this Order on US Claims OPCO LLC via certified and regular mail upon entry of this order.